Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia ~~District of~~

__Augusta__ Division

|  |  |
|---|---|
| James Lamont Taylor<br><br>_____<br>Plaintiff(s)<br>_(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)_<br><br>-v-<br><br><br>Verizon Wireless<br><br>_____<br>Defendant(s)<br>_(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names.)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. **CV122- 095**<br>_(to be filled in by the Clerk's Office)_<br><br>Jury Trial: _(check one)_  ☐ Yes  ☑ No |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                          James Lamont Taylor
Street Address                2023 Ashley Drive
City and County               Augusta; Richmond
State and Zip Code            Georgia, 30906
Telephone Number              (706)631-6774
E-mail Address                jltaylor1914@yahoo.com

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*



(212) 395-1000
Verizon Wireless
Mobile Telecommunications Provider
1095 Avenue of the Americas
New York, N/A
New York, 10036
(800) 779-2067 ext. 2143851
cers WEExecutiveRelations@
verizonwireless.com

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*



N/A

N/A

N/A

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Equal Credit Opportunity Act, 15 USC 1692e, 18 USC 242, 18 USC 1028a

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* _____N/A_____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____N/A_____ , is incorporated under the laws of the State of *(name)* _____N/A_____ ,
and has its principal place of business in the State of *(name)* _____N/A_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* _____N/A_____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* , is incorporated under

the laws of the State of *(name)* , and has its

principal place of business in the State of *(name)* .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

N/A

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A consumer credit transaction was completed 05/12/2022, which granted an extension of credit, creating account # 326384996-00001 (Exhibit, page 1) Bills requesting payment have been mailed instead of using the extension of credit to creditoff-set the balance to zero (Exhibit, pages 2-4). The service was disconnected on 06/27/2022 (Exhibit, page 5)

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Verizon needs to reconnect the services of my subscription with them without requiring any future payments and only utilizing the extension of credit that created the account to creditoff-set the balance of account to zero. If they choose to not use the extension of credit for the services of the account, extend the credit directly to me. Since I have been unable to make/receive phone calls/texts

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

I am asking for $114million, due to the emotional distress that the disconnect of service has caused me. The invoices and payment schedule shows Verizon has no intention of using the extension of credit, but instead receiving payments.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07|19|2022

Signature of Plaintiff    *James Lamont Taylor*

Printed Name of Plaintiff    James Lamont Taylor

### B. For Attorneys

Date of signing:   N/A

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

N/A

Page 5 of 5

# verizon✓

ATTN: Credit & Order Operations
PO Box 15050
Albany, NY 12212-5050

May 16, 2022

00010478 01 AB  0.461  VXD13611 0038 ECRE-EC

||||···|·||·|||||||·||·|·|·|·|·||·|·||··||||··|·|||·|·|·|||||··||·||||

JAMES TAYLOR
2023  ASHLEY DR
AUGUSTA, GA 30906-5082

RE:  Application 427448589

Dear JAMES TAYLOR,

Thank you for your recent application for wireless service. Your request was carefully considered. Based on the results of our evaluation you qualify for wireless services. We are pleased to report that you are prequalified for a device installment sales agreement. Your device installment sales agreement spending limits may vary, depending on the results of your credit check. The terms offered to you may be less favorable than the terms offered to consumers who have better credit histories. Please note other factors not related to the credit evaluation may disqualify you from a device installment sales agreement.

The name(s) of the consumer reporting agencies that provided the information that influenced our decision is listed below. The reporting agency merely furnished the information and did not make the decision, and the agency is unable to supply specific reasons for our decision. Under the Fair Credit Reporting Act, you have the right to know what information was supplied to us.

You have a right to a free copy of your report from the reporting agency if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

| Your Credit Score | The range of Scores | Key Factors that adversely affected your credit score | How can you get more information about your credit score |
|---|---|---|---|
| **399** as of May 13, 2022 | Score ranges from as low as  230 to high as 550 | • Number of Inquiries | Equifax Information Services PO Box 740241 Atlanta, GA 30374_0241 (888) 378-4329 |
| **463** as of 05/16/2022 | Score ranges from as low as 1 to high as 999 | • <br> • <br> • <br> • <br> • | Experian 701 Experian Parkway P.O. Box 2002 Allen, TX 75013 1 888 397 3742 www.experian.com/reportaccess |

In addition to traditional wireless plans, Verizon offers an array of Prepaid plans that give you access to America's most awarded network.  Our Prepaid plans do not require a deposit and do not have an annual contract. You can bring a phone you already own and transfer an existing number to Verizon Prepaid with no activation fee.  You can pay for Prepaid service using a credit card or debit card in the My Verizon app or website, or set up automatic payments.

Verizon Prepaid offers some of the same benefits as Postpaid to help you stay connected, including 5G Nationwide access, unlimited talk and text, unlimited data plans, included calls to Canada and Mexico, international calling and travel plan add-ons, and available mobile hotspot.

VXD13611 010478 0001

# verizon√

## Account Charges                                                    $0.00

You'll be charged a late fee when you don't pay your bill on time. The amount is the greater of $5 or 1.5% of the unpaid balance, or as allowed by law in the state of your billing address.

---

## James Taylor                                                      **$128.57**

706-631-6774

iPhone 13
Transferred in

Save $10 on your 5G START plan every month when you enroll in Auto Pay (using checking account or debit card) and paper-free billing. Enroll on the My Verizon app, or at go.vzw.com/gopaperfree.

"Add Ons" are features, content, and apps that we provide to you directly or through our relationships with certain content, app, and business partners. They are Verizon charges. For questions about these charges, visit http://m.vzw.com/m/block.

| | |
|---|---:|
| **Monthly charges and credits** | **$106.66** |
| 5G Start (May 13 - Jun 12) | $80.00 |
| **Save $10/month using Auto Pay and paper - free billing** | |
| Device payment 8 of 30 ($799.99/30mo) | $26.66 |
| $586.52 remaining after this month (Agreement 2065859236) | |
| **Add-ons** | **$17.00** |
| Verizon Mobile Protect - (May 13 - Jun 12) | $17.00 |
| **Surcharges** | **$2.71** |
| Fed Universal Service Charge | $0.60 |
| Regulatory Charge | $0.16 |
| Administrative Charge | $1.95 |
| **Taxes and gov fees** | **$2.20** |
| GA Local 911 Surcharge | $1.50 |
| GA State Sls Tax-Telco | $0.35 |
| Richmond Cnty Sls Tax-Telco | $0.35 |
| **Your bill this month** | **$128.57** |

3

# verizon

PO BOX 489
NEWARK, NJ 07101-0489

KEYLINE
ll.llll..l.l.lll...ll..l.l.lll..l.l..l..l.ll..ll

JAMES TAYLOR
2023 ASHLEY DR
AUGUSTA, GA  30906-5082

## Pay your bill online, fast and easy

For convenience and peace of mind you can pay your bill online or enroll in Auto Pay and Paper-free Billing. Visit go.vzw.com/paybill



$258.67     $239.32

Jun         Jul

Your July bill is $19.35 lower than last month's. You can see a full breakdown of all this month's charges on go.vzw.com/mybill.

# Your July bill is $239.32

Your Jul bill of $239.32 is due on Aug 4, 2022. The total includes: past due amount of $258.67 and a late fee of $3.06.

| | |
|---|---|
| Unpaid balance | $258.67 |
| Account charges | $3.06 |
| James Taylor 706-631-6774 | -$22.41 |
| | $239.32 |
| | Due immediately: $258.67 |

## Unpaid balance from last bill

| | |
|---|---|
| Previous balance (through Jun 12) | $258.67 |
| No payment received | $0.00 |
| **Total unpaid balance** | **$258.67** |

## Good to know

___

### Check your online bill for all surcharges, taxes and gov fees

The total amount due for this month includes surcharges of -$0.31 and taxes and gov fees of -$0.26. For an itemized list of taxes, fees and surcharges visit go.vzw.com/mybill.

1

**verizon**✓  Billing period First Bill | Account # 326384996-00001 | Invoice # 8335451782

# Additional information

## Device Payment Schedule

Listed below are the dates of your future payments for device payment agreement 2065859236.

**Schedule Of Future Payments Due**
Payment 8: June 4, 2022
Payment 9: July 4, 2022
Payment 10: August 4, 2022
Payment 11: September 4, 2022
Payment 12: October 4, 2022
Payment 13: November 4, 2022
Payment 14: December 4, 2022
Payment 15: January 4, 2023
Payment 16: February 4, 2023
Payment 17: March 4, 2023
Payment 18: April 4, 2023
Payment 19: May 4, 2023
Payment 20: June 4, 2023
Payment 21: July 4, 2023
Payment 22: August 4, 2023
Payment 23: September 4, 2023
Payment 24: October 4, 2023
Payment 25: November 4, 2023
Payment 26: December 4, 2023
Payment 27: January 4, 2024
Payment 28: February 4, 2024
Payment 29: March 4, 2024
Payment 30: April 4, 2024

## You have choices about the use of your information in Verizon Wireless programs

(1) Custom Experience and Custom Experience Plus
The Verizon Custom Experience program uses information about websites you visit and apps you use on your mobile device to help us personalize our communications with you, give you more relevant product and service recommendations, and develop plans, services, and offers that are more appealing to you.
The Verizon Custom Experience Plus program uses a broader set of information for the same purposes including information about websites and apps you use, your Verizon Fios services, location information, and Customer Proprietary Network Information, including phone numbers you call or those that call you.
The information in the Custom Experience programs is used only by Verizon. We do not use the information for third-party targeted advertising or provide the information to others for them to use for their own advertising.
Your choices:
- Your new line(s) will be included in the Custom Experience program unless you opt-out.
- You will need to opt in to the Custom Experience Plus program to be included.
- You can view and change your choices at any time using privacy settings on the My Verizon site or app.
Eligibility:
Consumer and small business customers with smartphone lines are included in the Custom Experience program, except for lines with devices or plans meant for children and lines associated with Maine customers. This program does not include lines sold to corporate and government accounts and lines with tablets, basic phones, or mobile hotspots.
Consumer and small business customers may opt in to the Custom Experience Plus program. This program does not include lines sold to corporate and government accounts and lines with devices or plans meant for children.

P.O. Box 10

Newark, NJ 07101-0010

July 15, 2022

Federal Communications Commission

Consumer Inquiries & Complaints Division

Consumer & Governmental Affairs Bureau

45 L Street NE

Washington, DC 20554

**Re: Name and address:**

James Taylor

2023 Ashley Dr

Augusta, GA 30906

**Serve ticket#:** 5573263

**Serve date:** 06/29/2022

Dear FCC,

This letter is in response to the above-referenced complaint. Thank you for referring it to our office for review. In his complaint, Mr. Taylor notes he mailed a payment of $128.57 on May 18, 2022, even though it was not due until June 4, 2022. He also reports submitting a payment of $258.57 on June 18, 2022. Verizon has no record of receiving either payment. As such, service was interrupted for non-payment on June 27, 2022.

Verizon account records show Mr. Taylor's service was interrupted on June 27, 2022, for a past due balance of $258.67. On June 10, 2022, he notified Verizon that he mailed in a payment, and on June 13, 2022, he set up a payment of $128.00 to be paid on June 23, 2022. However, as of July 15, 2022, payment has not been received from Mr. Taylor.

On June 30, 2022, I attempted to contact Mr. Taylor via phone; however, a valid contact number was not included in his complaint. Therefore, two emails were sent to Mr. Taylor on July 6 and 11, 2022 requesting a valid contact number. Mr. Taylor replied stating he wanted to communicate via email. Subsequently, further information was requested from him in order to further research his concerns. The information needed to complete the research was not received. Nevertheless, on July 15, 2022, a copy of Mr. Taylor's May 12 – July 12, 2022 invoices was mailed to him via Federal Express tracking no. 7773 9893 4055. The three invoices reflect his monthly charges and confirm payment was not received by Verizon.

